No. 4, Misc.  LANG *v.* WALSH, SHERIFF.  The petition for writ of certiorari to the Supreme Court of Illinois is dismissed on motion of counsel for the petitioner.  *Wm. Scott Stewart* for petitioner.

No. 448, Misc.  RASH *v.* HOWARD, WARDEN; and

No. 474, Misc.  TOUCHE *v.* LAINSON, WARDEN.  The motions for leave to file petitions for writs of habeas corpus are denied.

*Certiorari Granted.  (See also No. 599, supra.)*

No. 575.  SECRETARY OF AGRICULTURE *v.* CENTRAL ROIG REFINING CO. ET AL.; and

No. 580.  PORTO RICAN AMERICAN SUGAR REFINERY, INC. *v.* CENTRAL ROIG REFINING CO. ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari granted.  *Solicitor General Perlman* for petitioner in No. 575.  *Orlando J. Antonsanti, Arthur L. Quinn* and *Gordon P. Peyton* for petitioner in No. 580.  *Frederic P. Lee* and *Noel T. Dowling* for the Central Roig Refining Co. et al.; *Howard C. Westwood* and *Donald Hiss* for the American Sugar Refining Co. et al.; and *Thurman Arnold* and *Walton Hamilton* for the Government of Puerto Rico, respondents.

No. 585.  GOVERNMENT OF PUERTO RICO *v.* SECRETARY OF AGRICULTURE ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari granted.  *Thurman Arnold* and *Walton Hamilton* for petitioner.  *Frederic P. Lee* and *Noel T. Dowling* for the Central Roig Refining Co. et al.; and *Howard C. Westwood* and *Donald Hiss* for the American Sugar Refining Co. et al., respondents.